1  Eugene Egan (State Bar No. 130108)
      *eje@manningllp.com*
2  Anthony Werbin (State Bar No. 285684)
      *aww@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARISELA MEDEL,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, et al.<br><br>  Defendant(s). | Case No. 2:18-cv-5452- RSWL (AGRx)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff MARISELA MEDEL for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. BC700275.

Dated: November 1, 2018

**/s/ RONALD S.W. LEW**
_____
UNITED STATES DISTRICT JUDGE

4817-6980-4921.1